■ LESLIE SABETT et al., Appellants, v NEW YORK TELEPHONE COMPANY, Respondent.—Order and judgment unanimously affirmed, without costs *(see, Gordon v American Museum,* 67 NY2d 836). (Appeal from order and judgment of Supreme Court, Niagara County, Wolf, J.—dismiss complaint.) Present—Denman, J. P., Green, Pine and Schnepp, JJ.